JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ANGELA THORNTON-MILLARD, Iowa Bar No. 17922
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-5079
E-Mail: angela.thornton-millard@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AURORA ELEZI<br>    OBO ADAM ELEZI,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.: 2:24-CV-00509-CDS-BNW<br><br>**MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>(*FIRST REQUEST*) |

Defendant, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, respectfully requests that the Court extend the time for Defendant to file the Certified Administrative Record (CAR).  Pursuant to the Court's order on April 30, 2024, the CAR is due to be filed by May 7, 2024.  Defendant requests the Court extend the time for filing by 21 days, through and including May 27, 2024.  This is the Commissioner's first request for an extension of time.

Defendant submits that good cause exists for this extension request.  The Office of Appellate Operations (which prepares and certifies the certified administrative record) encountered a delay in obtaining transcription of the administrative hearing.  OAO has prioritized this case and expects to complete preparation of the CAR as soon as the transcript is received.  Though Defendant is requesting an extension of 21 days, counsel will file the CAR as soon as possible after it is complete.

On May 3, 2024, the undersigned conferred with Plaintiff via email.  Plaintiff indicated that she opposes the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR through and including May 27, 2024.

//
//
//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| Dated: May 3, 2024 | JASON M. FRIERSON<br>United States Attorney<br><br>/s/ *Angela Thornton-Millard*<br>ANGELA THORNTON-MILLARD<br>Special Assistant United States Attorney |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I caused a copy of the foregoing document to be served upon a non-CM/ECF member, by United States mail or other carrier, at the address set forth below:

>Aurora Elezi obo Adam Elezi
>PO Box 363295
>North Las Vegas, Nevada 89036

DATED: May 3, 2024

>*/s/ Angela Thornton-Millard*
>ANGELA THORNTON-MILLARD
>Special Assistant United States Attorney

Mot. for Ext.; No. 2:24-cv-00509-BNW

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ANGELA THORNTON-MILLARD, Iowa Bar No. 17922
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-5079
E-Mail: angela.thornton-millard@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AURORA ELEZI<br>  OBO ADAM ELEZI,<br><br>           Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.: 2:24-CV-00509-CDS-BNW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME** |

Based upon Defendant's Motion for Extension of Time, and for good cause shown, **IT IS ORDERED** that Defendant file the Certified Administrative Record no later than May 27, 2024.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  5/7/2024